UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                          CASE NO. 23-40222-KKS
                                                   CHAPTER 13

ANTONIO R. DICKEY, SR.
VANESSA DELORES DICKEY

                 Debtors                 /

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

    Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh A. Duncan, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**COMES NOW,** LEIGH A. DUNCAN, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on June 19, 2023.

2. The Internal Revenue Service filed on September 16, 2024, its Proof of Claim reflecting a priority claim in the amount of $6,148.88 for income taxes and penalties owed for the 2021 and 2022 tax years. Although the tax returns that the Debtor(s) provided to the Trustee reflected taxes owed for 2021 and 2022, Schedule E does not reflect this obligation, this creditor is not listed on the creditor matrix filed with the Petition, and the confirmed Plan does not make any provision for this prepetition tax debt.

3. The Debtor(s) should have paid a total of $43,000.00 to the Trustee; however, the Debtor(s) has only paid $41,550.00 to the Trustee. Therefore, the Debtor(s) is delinquent as evidenced by a copy of the receipts attached.

4. The Debtor(s) has failed to provide a copy of the 2023 U.S. Income Tax Return, and any applicable refund, to the Chapter 13 Trustee.

Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

ANTONIO R. DICKEY, SR.
3072 HAWKS LANDING DR.
TALLAHASSEE, FL 32309-7216

VANESSA DELORES DICKEY
3072 HAWKS LANDING DR.
TALLAHASSEE, FL 32309-7216

AND

INDIA FOOTMAN
FOOTMAN LAW FIRM, P. A.
1345 CROSS CREEK CIRCLE
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE

# EXHIBIT "A"
## IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | | AMOUNT |
|---|---|---|
| Jul 13, 2023 | EMPC | $1,385.00 |
| Jul 25, 2023 | EMPC | $1,385.00 |
| Aug 07, 2023 | EMPC | $1,385.00 |
| Aug 21, 2023 | EMPC | $1,385.00 |
| Sep 07, 2023 | EMPC | $1,385.00 |
| Sep 25, 2023 | EMPC | $1,385.00 |
| Oct 03, 2023 | EMPC | $1,385.00 |
| Oct 19, 2023 | EMPC | $1,385.00 |
| Nov 03, 2023 | EMPC | $1,385.00 |
| Nov 16, 2023 | EMPC | $1,385.00 |
| Dec 13, 2023 | EMPC | $1,385.00 |
| Dec 28, 2023 | EMPC | $1,385.00 |
| Jan 16, 2024 | EMPC | $1,385.00 |
| Jan 29, 2024 | EMPC | $1,385.00 |
| Feb 08, 2024 | EMPC | $1,385.00 |
| Feb 26, 2024 | EMPC | $1,385.00 |
| Mar 07, 2024 | EMPC | $1,385.00 |
| Mar 26, 2024 | EMPC | $1,385.00 |
| Apr 01, 2024 | EMPC | $1,385.00 |
| Apr 18, 2024 | EMPC | $1,385.00 |
| May 01, 2024 | EMPC | $1,385.00 |
| May 14, 2024 | EMPC | $1,385.00 |
| May 31, 2024 | EMPC | $1,385.00 |
| Jun 18, 2024 | EMPC | $1,385.00 |
| Jun 25, 2024 | EMPC | $1,385.00 |
| Jul 08, 2024 | EMPC | $1,385.00 |
| Jul 24, 2024 | EMPC | $1,385.00 |
| Aug 14, 2024 | EMPC | $1,385.00 |
| Aug 20, 2024 | EMPC | $1,385.00 |
| Sep 09, 2024 | EMPC | $1,385.00 |
| | **TOTAL AMOUNT PAID:** | **41,550.00** |