UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 23-40222-KKS

In re : Antonio R. Dickey, Sr. and
Chapter 13
Vanessa Delores Dickey,

Debtors.

_____/

**OBJECTION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Debtors, by and through her undersigned counsel, files this Objection to Chapter 13 Trustee's Motion to Dismiss and states the following:

1.      Debtors chapter 13 plan payments increased in July 2024 by $500.00 per month.

2.      Debtor's payroll deduction order will be amended to be consistent with the chapter 13 plan payment amount.

3.      Debtors will file a Motion to Modify along with a modified plan to address the Proof of Claim filed by the Internal Revenue Service.

WHEREFORE, Debtors respectfully requests that this court deny Chapter 13 Trustee's Motion to Dismiss and for such other relief this Court deems just and proper.

Dated: October 16, 2024                           RESPECTFULLY SUBMITTED,

/s/ India Footman
India Footman, Esq.
Footman Law Firm, P.A.
1345 Cross Creek Circle
Tallahassee, FL 32301
Phone: (850) 597-7396
Fax: (850) 888-8819
Fla. Bar No. 105905

<u>**CERTIFICATE OF SERVICE**</u>

1.  **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on December 1, 2024 to the following person(s) at the email address(es) noted herein:

    Leigh D. Hart
    ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmin@earthlink.net

    United States Trustee
    USTPRegion21.TL.ECF@usdoj.gov

RESPECTFULLY SUBMITTED,


/s/ India Footman
India Footman, Esq.
