# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION
www.flnb.uscourt.gov

In re:                                                    Case No.: 23-40222-KKS

Antonio R. Dickey, Sr. and Vanessa                        Chapter 13
Delores Dickey,

      Debtors.

_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 90)

THIS CASE is before the Court upon the Motion for Relief from the Automatic Stay (Doc. No. 90) filed by Mercedes-Benz Financial Services USA LLC ("Movant").  No party filed an objection within the prescribed time period, so the Court considers the matter unopposed.  It is

**ORDERED**:

1.  The Motion for Relief from Stay is GRANTED.

2.  That the automatic stay imposed by 11 U.S.C. § 362 is terminated as to Movant's interest in the following property:

    **a 2012 Mercedes-Benz C250W VIN: WDDGF4HB4CR206597**

[INTENTIONALLY LEFT BLANK]

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the property, to gain possession of the property, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtors.

**DONE AND ORDERED** on ___November 26, 2024_____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by Chad D. Heckman  (Modified in Chambers)
HLG File No.:  24-412